**FILED**

MAY 09 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VILANOVA,<br><br>　　　　　　Defendant. | Case No. 19-cr-00208-YGR-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

The defendant is ordered released from the custody of the United States Marshal Service to be placed on GPS monitoring to enforce a curfew to be set by Probation and to receive a psychiatric evaluation on 5/9/2025 at 2:00pm at Crescita in Oakland, CA.

**IT IS SO ORDERED.**

Dated: May 9, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge

Rev. 08-2023